IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:   15-cv-01119-RBJ | Date:  September 18, 2015 |
| Courtroom Deputy:   Julie Dynes | Court Reporter: Kara Spitler |

| *Parties* | *Counsel* |
|---|---|
| PASTOR LEON CONTRERAS<br>**Plaintiff** | *Brandt P. Milstein* |
| v. | |
| CHINA PANDA, INC<br>CUIE HUAN TAN<br>**Defendant** | *Jennifer L. Gokenbach* |

## COURTROOM MINUTES

**SCHEDULING CONFERENCE**

Court in Session:  8:30 a.m.

Appearance of counsel.

Discussion held on claims and discovery regarding subject matter jurisdiction.

**ORDERED:** Request for discovery regarding subject matter jurisdiction is GRANTED.

**Plaintiff will serve interrogatories today, response due in 21 days.**

**Plaintiff will serve request for production on October 14, 2015, response due by November 4, 2015.**

**Deposition of the defendant is to be held in November, 2015 and is limited to this issue.**

**The Court accepts the proposed limits and deadlines which include:**

Deadline for joinder of parties and amendment of pleadings:  November 16, 2015.

Discovery cut-off:  March 18, 2016.

Dispositive motion deadline:  April 18, 2016.

**TWO DAY COURT TRIAL** is set for **August 8, 2016, at 9:00 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294 with a **TRIAL PREPARATION CONFERENCE** on **July 28, 2016, at 9:00 a.m**. in the same courtroom location.  Parties are to have exchanged and conferred regarding exhibit lists and witness lists.  Parties are to be prepared to discuss disputed pretrial matters at the Trial Preparation Conference.  A pretrial order is not needed.

Discussion held on settlement.

**ORDERED:**   **[10] Defendants' Motion to dismiss Plaintiff's Complaint Pursuant to Fed.R.Civ.P.12(b)(1) and 12(b)(6) or, in the Alternative, Motion for Summary Judgment is DENIED WITHOUT PREDJUDICE.**

   **[21] Plaintiff's Motion for Leave to File First Amended Complaint is GRANTED.**

Discussion held on discovery disputes.

**Proposed Scheduling Order was approved and entered with interlineations made by the court.**

Court in Recess: 8:49 a.m.          Hearing concluded.          Total time in Court:  00:19